AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| ACCELERATION BAY LLC, a Delaware Limited Liability Corporation<br><br>*Plaintiff(s)*<br>v.<br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>*Defendant(s)* | Civil Action No. 16-454-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELECTRONIC ARTS INC.
C/O REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PHILIP A. ROVNER, ESQ. (3215)
POTTER ANDERSON & CORROON LLP
P.O. BOX 951, 1313 N. MARKET STREET
WILMINGTON, DE 19899
(302) 984-6000 provner@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 7 2016

*Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-454-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Electronic Arts Inc.
was received by me on *(date)* 06/17/2016 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Corporate Operations Manager , who is designated by law to accept service of process on behalf of *(name of organization)* The Corporation Trust Company 1209 Orange Street, Wilmington, DE 19801 at 3:25 p.m. on *(date)* 06/17/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/17/2016

*Server's signature*

Francis Joyce - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:
Amy McLaren - Authorized to accept.
Caucasian female, 35 yrs. old, 135 lbs., 5'5" with brown hair.